**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Northeast Ohio Public Energy Council,** | ) | **CASE NO. 1:05 CV 2597** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Green Mountain Energy Company,** | ) | |
| | ) | **Order Perpetually Staying and Closing** |
| | ) | **Case** |
| | ) | |
| **Defendant.** | ) | |

The parties in this matter have filed a Joint Motion to Stay Pending Arbitration (Doc. 20). The motion is GRANTED.  This case is CLOSED subject to reopening only for the limited purpose of seeking further assistance in the event the parties are unable to consummate the terms of a mutually acceptable escrow agreement.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated:  3/31/06

1